J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff
Warner Bros. Home Entertainment Inc.

*JS-6*

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Warner Bros. Home Entertainment Inc.,<br><br>Plaintiff,<br><br>v.<br><br>David Cook, an individual and d/b/a as Amazon.com Seller GOWEST-Movies-Video Games-Action Figures and Does 1-10, inclusive,<br><br>Defendants. | Case No.: CV12-07757 JFW (CWx)<br><br>JUDGMENT PURSUANT TO ENTRY OF DEFAULT<br><br>Court: Hon. John F. Walter<br>Date: January 7, 2013<br>Time: 1:30 p.m. |

This cause having come before this Court on the motion of Plaintiff Warner Bros. Home Entertainment Inc. ("Plaintiff") for entry of default judgment and a permanent injunction against Defendant David Cook, an individual and d/b/a as Amazon.com Seller GOWEST-Movies-Video Games-Action Figures ("Defendant");

AND, the Court having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiff's Motion;

AND, GOOD CAUSE APPEARING THEREFORE, the Court finds the following facts:

Warner Bros. is the owner of exclusive United States distribution rights in and to certain creative works, including but not limited to *Boardwalk Empire* and *One Tree Hill* ("the Warner Bros. Works"), which are the subject of the following registrations:

| Copyright Registration Number: | Title of Work: | Claimant of Work: |
|---|---|---|
| PA 1-709-262 | Boardwalk Empire: Boardwalk Empire | Home Box Office, Inc. |
| PA 1-709-258 | Boardwalk Empire: The Ivory Tower | Home Box Office, Inc. |
| PA 1-709-256 | Boardwalk Empire: Broadway Limited | Home Box Office, Inc. |
| PA 1-709-260 | Boardwalk Empire: Anastasia | Home Box Office, Inc. |
| PA 1-709-265 | Boardwalk Empire: Nights In Ballygran | Home Box Office, Inc. |
| PA 1-716-941 | Boardwalk Empire: Family Limitation | Home Box Office, Inc. |
| PA 1-716-942 | Boardwalk Empire: Home | Home Box Office, Inc. |
| PA 1-716-946 | Boardwalk Empire: Hold Me In Paradise | Home Box Office, Inc. |
| PA 1-719-464 | Boardwalk Empire: Belle Femme | Home Box Office, Inc. |
| PA 1-719-463 | Boardwalk Empire: The Emerald City | Home Box Office, Inc. |
| PA 1-719-466 | Boardwalk Empire: Paris Green | Home Box Office, Inc. |
| PA 1-721-376 | Boardwalk Empire: A Return To Normalcy | Home Box Office, Inc. |
| PA 1-798-781 | ONE TREE HILL: Know This, We've Noticed | Warner Bros. Entertainment Inc. |
| PA 1-798-785 | ONE TREE HILL: In The Room Where You Sleep | Warner Bros. Entertainment Inc. |
| PA 1-799-110 | ONE TREE HILL: Love The Way You Lie | Warner Bros. Entertainment Inc. |
| PA 1-798-806 | ONE TREE HILL: Don't You Want To Share The Guilt? | Warner Bros. Entertainment Inc. |
| PA 1-798-814 | ONE TREE HILL: The Killing Moon | Warner Bros. Entertainment Inc. |
| PA 1-798-826 | ONE TREE HILL: Catastrophe And The Cure | Warner Bros. Entertainment Inc. |
| PA 1-798-827 | ONE TREE HILL: Last Known Surroundings | Warner Bros. Entertainment Inc. |
| PA 1-798-828 | ONE TREE HILL: A Rush Of Blood To The Head | Warner Bros. Entertainment Inc. |
| PA 1-798-830 | ONE TREE HILL: Every | Warner Bros. |

| | | |
|---|---|---|
| | Breath Is A Bomb | Entertainment Inc. |
| PA 1-798-831 | ONE TREE HILL: Hardcore Will Never Die, But You Will | Warner Bros. Entertainment Inc. |
| PA 1-798-833 | ONE TREE HILL: Danny Boy | Warner Bros. Entertainment Inc. |
| PA 1-798-842 | ONE TREE HILL: Anyone Who Had A Heart | Warner Bros. Entertainment Inc. |
| PA 1-798-847 | ONE TREE HILL: One Tree Hill | Warner Bros. Entertainment Inc. |

Plaintiff has complied in all respects with the laws governing copyright and secured the exclusive rights and privileges in and to the Warner Bros. Works;

The appearance and other qualities of the Warner Bros. Works are distinctive and original;

Defendant engages in the unauthorized business of importing, distributing, promoting, selling and/or offering for sale unauthorized counterfeit DVDs featuring the Warner Bros. Works ("Pirated Product").

Defendant's importing, advertising, displaying, promoting, marketing, distributing, providing, offering for sale and selling of the Pirated Product was engaged in willfully and intentionally, without leave or license from Plaintiff, in violation of Plaintiff's rights in and to the Warner Bros. Works.

The liability of the Defendant in the above-referenced action for his acts in violation of Plaintiff's rights is knowing and willful, and as such the Court expressly finds that there is no just reason for delay in entering the default judgment and permanent injunction sought herein.

Therefore, based upon the foregoing facts, and

GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that this Judgment shall be and is hereby entered in the within action as follows:

1) This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 15 U.S.C. § 1051 *et seq.*, 28 U.S.C. §§ 1331 and 1338, and 28 U.S.C. § 1367. Service of process was properly made on the Defendant.

2) Defendant has distributed, sold, and offered for sale counterfeit merchandise which infringes upon the Warner Bros. Works.

3) The Defendant and his agents, servants, employees and all persons in active concert and participation with him who receive actual notice of the injunction are hereby restrained and enjoined from:

a) Infringing the Warner Bros. Works, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, distributing, advertising, selling and/or offering for sale any merchandise which features any of the Warner Bros. Works, and, specifically:

i) Importing, manufacturing, distributing, advertising, selling and/or offering for sale the Pirated Products or any other unauthorized products which picture, reproduce, or copy any of the Warner Bros. Works;

ii) Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Warner Bros. Works;

iii) Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, the Defendant's customers and/or members of the public to believe, the actions of Defendant, the products sold by Defendant, or the Defendant himself is connected with Plaintiff, is sponsored, approved or licensed by Plaintiff, or is affiliated with Plaintiff;

iv) Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or

representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

4) Defendant is ordered to deliver for destruction all Pirated Products, and any other unauthorized products which picture, reproduce, copy or use the likenesses of or bear a substantial similarity to any of the Warner Bros. Works and any labels, signs, prints, packages, dyes, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of the Warner Bros. Works or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same.

5) Defendant is ordered to pay damages to Plaintiff, pursuant to 17 U.S.C. § 504, in the sum of Six Hundred Twenty-Five Thousand Dollars ($625,000.00).

6) Defendant is ordered to pay interest on the principal amount of the judgment to Plaintiff pursuant to 28 U.S.C. § 1961(a).

7) The Court finds there is no just reason for delay in entering this Judgment and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Judgment against Defendant.

DATED: December 20, 2012

Hon. John F. Walter
United States District Judge